IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

| | | |
|---|---|---|
| ARLAN SPEER | § | |
| VS. | § | CIVIL ACTION NO. 1:23cv33 |
| TOM MADDOX, ET AL. | § | |

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Arlan Speer, proceeding *pro se*, filed this civil rights lawsuit.  The Court previously referred this matter to the Honorable Christine L. Stetson, United States Magistrate Judge.  The magistrate judge submitted a Report and Recommendation of United States Magistrate Judge recommending this case be dismissed without prejudice under Federal Rule of Civil Procedure 41(b).  A document sent to plaintiff was returned to the Court as undeliverable.  Plaintiff failed to subsequently provide the Court with a new address.  Eastern District of Texas Local Rule CV-11(d) requires *pro se* litigants to provide the Court with a physical address and advise the clerk in writing of any change of address.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge.  A copy of the Report and Recommendation was mailed to plaintiff at the address he provided to the Court.  No objections were filed to the Report and Recommendation.

### ORDER

Accordingly, the findings of fact and conclusions of law contained in the Report of the magistrate judge are correct and the Report [Dkt. 7] is ADOPTED as the opinion of the Court.  A final judgment shall be entered in accordance with the recommendation of the magistrate judge.

**SIGNED this 1st day of August, 2023.**

_____
Michael J. Truncale
United States District Judge